# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-01489-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 18) |

On October 29, 2018, Plaintiff filed the present action seeking review of the Commissioner's denial of an application for benefits. (ECF No. 1.) On July 10, 2019, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g). (ECF No. 18.) Pursuant to the terms of the stipulation, upon remand to the agency, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) with instructions to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence.

///
///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand.

IT IS SO ORDERED.

Dated: **July 10, 2019**

UNITED STATES MAGISTRATE JUDGE